IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

RAYMOND HUNTER, SR., )
    Plaintiff, )
)
vs. ) NO. 1:09-cv-246
)
CVS PHARMACY and ) Collier/Carter
ABBOT LABORATORIES )
    Defendants. )

REPORT and RECOMMENDATION

Plaintiff, acting *pro se*, alleges he suffered arsenic poisoning from medication containing arsenic that he bought from defendant in May 2009. Plaintiff moves to amend his complaint to allege a products liability claim against defendant. [Doc. 31]. At the August 27, 2010 hearing on plaintiff's motion to amend his complaint, plaintiff stated he thinks he has already stated a products liability claim in his existing complaint but moves to amend out of an abundance of caution.[1] The deadline for amendments to the pleadings was April 30, 2010. *See* Scheduling Order, Doc. 10. Plaintiff filed his motion on August 8, 2010. Plaintiff has offered no reasonable basis to explain why he did not think he had a products liability case at the time he filed his original action. Pursuant to Fed. R. Civ. P. 16(b), absent good cause, a party may not amend his pleadings after the deadline for amendment has expired. *Inge v. Rock Financial* Corp., 388 F.3d 930, 934 (6th Cir. 2004); *Leary v. Daeschner*, 349 F.3d 888, 905 (6th Cir. 2003). Accordingly, it is RECOMMENDED plaintiff's motion to amend be DENIED.

                                                                                     s/William B. Mitchell Carter
                                                                                     UNITED STATES MAGISTRATE JUDGE

---

[1] The undersigned offers no opinion as to whether the plaintiff's present complaint contains a products liability claim.