UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| RAYMOND HUNTER, SR., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:09-cv-246 |
| | ) | |
| v. | ) | |
| | ) | Collier/Carter |
| CVS PHARMACY and | ) | |
| ABBOT LABORATORIES | ) | |
| Defendants. | ) | |

**O R D E R**

Magistrate Judge William B. Mitchell Carter filed a report and recommendation recommending the Court deny Plaintiff's motion to amend his complaint (Court File No. 52). On August 6, 2010, Plaintiff moved to amend his complaint to allege a products liability claim against Defendant (Court File No. 31). At the August 27, 2010 hearing on Plaintiff's motion, Plaintiff stated he thinks he has already stated a products liability claim in his existing complaint, but he moves to amend out of an abundance of caution. The scheduling order sets the deadline for amendments to the pleadings as April 30, 2010 (Court File No. 10). Pursuant to Fed. R. Civ. P. 16(b)(4), absent good cause, a party may not amend his pleadings after the deadline for amendments has passed. Plaintiff has not showed good cause. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 52), and **DENIES** Plaintiff's motion to amend the pleadings (Court File No. 31).

**SO ORDERED.**

**ENTER:**

**/s/**
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**